MILSTEIN ADELMAN, LLP
2800 Donald Douglas Loop North
Santa Monica, California 90405
Telephone: (310) 396-9600
Fax: (310) 396-9635
Mark A. Milstein, SBN 155513
Sarah L. Gough, SBN 247220

Attorneys for Plaintiffs,
Michael Sidisin Jr. and Maysam Salephour, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Sidisin Jr. and Maysam Salephour, et al.<br><br>                Plaintiffs,<br><br>   vs.<br><br>FanDuel, Inc.<br><br>                Defendants. | CASE NO.: 2:15-cv-00873-DSF-RZ<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Dale S. Fischer<br><br>Action Filed: December 3, 2014 |

**PLEASE TAKE NOTICE** that Plaintiffs Michael Sidisin Jr. and Maysam Salephour ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action *without prejudice* as to Defendant FanDuel, Inc..

Federal Rule of Civil Procedure 41(a)(1) provides, in pertinent part:

(a) Voluntary Dismissal.

    (1) By the Plaintiff

    (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

NOTICE OF VOLUNTARY DISMISSAL
Case No.

1  Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary
2  judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of the
3  Court.
4  Dated: March 4, 2015                                         MILSTEIN ADELMAN LLP

                                                      By: _____
                                                           Mark A. Milstein
                                                           Attorney for Plaintiffs

NOTICE OF VOLUNTARY DISMISSAL
Case No.

## CERTIFICATE OF SERVICE

I, Mark A. Milstein, a partner with Milstein Adelman LLP, certify that on March 4, 2015, I served the above and foregoing **Plaintiff's Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)**, by causing a true and accurate copy of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this 4th day of March 2015.

Katherine M. Robinson
ZwillGen Law LLP
915 2-Battery Street, Suite 3
San Francisco, CA 94111
kat@zwillgen.com



Mark A. Milstein